**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    JASON G. HELLER,

10           Plaintiff,                          No. C 11-01146 JSW

11     v.

12   CEPIA, L.L.C., et al.,                      **ORDER STRIKING OPPOSITION**
                                                 **BRIEF AND CONTINUING**
13           Defendants.                         **HEARING DATE AND CASE**
                                            /    **MANAGEMENT CONFERENCE**
14

15          This matter is set for a hearing on July 8, 2011 on Defendant Cepia L.L.C.'s motion to

16   dismiss.   Plaintiff filed an opposition to this motion that exceeds the page limits allowed by this

17   Court's Standing Order, which provides that "All briefs, whether in support of, in opposition to,

18   or in reply to any motion, with the exception of summary judgment motions and claims

19   construction briefs, may not exceed fifteen pages in length, exclusive of title pages, indices of

20   cases, table of contents, exhibits, and summaries of argument, if required." *See* Standing Order,

21   ¶ 6.  Therefore, the Court STRIKES Plaintiff's opposition brief.  Plaintiff shall file an

22   opposition in compliance with the Court's Standing Order by no later than June 27, 2011.

23   Defendant shall file a reply brief by no later than July 5, 2011.  The hearing on Defendant's

24   ///

25   ///

26   ///

27   ///

28   ///

1  motion to dismiss and the case management conference are hereby CONTINUED to July 22,

2  2011 at 9:00 a.m.

3         **IT IS SO ORDERED.**

4

5  Dated: June 22, 2011

6                                                        JEFFREY S. WHITE
                                                         UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2