IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON G. HELLER,

    Plaintiff,

  v.

CEPIA, L.L.C., et al.,

    Defendants.

No. C 11-01146 JSW

**ORDER CONTINUING DEADLINE TO PAY SANCTIONS FOR RECONSIDERATION**

The Court has received the administrative motion from Plaintiff's counsel Robert C. Matz seeking to extend the deadline for payment of sanctions. The Court HEREBY GRANTS Matz' administrative motion and continues the deadline for payment of sanctions until February 3, 2012. Mr. Matz shall file his administrative motion for relief from payment of sanctions based on financial hardship by no later than January 13, 2012. In this motion, Mr. Matz shall address what amount he could afford to pay and propose a payment plan.

The Court notes Mr. Matz also intends to file a motion for leave to file a motion for reconsideration. Under local rule 7-9, a party may seek leave to file a motion for reconsideration any time before judgment. N.D. Civ. L.R. 7-9(a). A motion for reconsideration may be made on one of three grounds: (1) a material difference in fact or law exists from that which was presented to the Court, which, in the exercise of reasonable diligence, the party applying for reconsideration did not know at the time of the order; (2) the emergence of new material facts or a change of law; or (3) a manifest failure by the Court to consider material facts or dispositive legal arguments presented before entry of judgment. N.D. Civ. L.R. 7-9(b)(1)-(3).

The moving party may not reargue any written or oral argument previously asserted to the Court. *Id.*, 7-9(c). Upon review of the arguments Mr. Matz has presented in his administrative motion, the Court finds that he has not provided sufficient grounds to warrant leave to file a motion for reconsideration. He argues that the Court failed to consider evidence and arguments he presented to the Court. However, the Court reviewed and considered all of his evidence and arguments in addressing the motion for sanctions and found them insufficient. If there was an additional argument or new evidence Mr. Matz wanted the Court to consider, he could have and should have moved for leave to submit supplementary materials. Should Mr. Matz file a motion for leave to file a motion for reconsideration, he must satisfy the requirements of Northern District Local Civil Rule 7-9(a).

**IT IS SO ORDERED.**

Dated: January 6, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2