KEKER & VAN NEST LLP
JEFFREY R. CHANIN, #103649
jchanin@kvn.com
MATTHEW WERDEGAR, #200470
mwerdegar@kvn.com
WARREN A. BRAUNIG, #243884
wbraunig@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant CEPIA, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON G. HELLER, an individual and sole proprietor doing business as Floating Lightbulb Toys,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CEPIA, L.L.C., a Missouri Limited Liability Company; A-TECH PRODUCT ENGINEERING COMPANY, LIMITED, a Hong Kong Limited Liability Company; THE BEAN PROJECT COMPANY LIMITED, a Hong Kong Limited Liability Company; YING LEUNG INTERNATIONAL LIMITED, Hong Kong Limited Liability Company,<br><br>　　　　Defendants. | Case No. CV11-01146 JSW (MEJ)<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER**<br><br>Judge:　　Hon. Jeffrey S. White<br><br>Date Comp. Filed:　March 10, 2011<br>Trial Date:　TBD |

---

STIPULATION AND JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; AND
[PROPOSED] ORDER
Case No. CV11-01146 JSW (MEJ)

621806.01

1  Pursuant to N.D. Cal. Civil Local Rule 6-2 and Rule 7-12, Plaintiff Jason G. Heller,
2  Defendant Cepia L.L.C. ("Cepia"), Defendant A-Tech Product Engineering Company ("A-
3  Tech") and Defendant The Bean Project Company Limited ("The Bean"), by and through
4  counsel, hereby stipulate and jointly request a continuance of the Case Management Conference
5  scheduled for February 24, 2012, at 1:30 p.m.
6  WHEREAS the Initial Case Management Conference in this matter is currently set for
7  February 24, 2012, at 1:30 p.m. (Dkt. # 71); and
8  WHEREAS the parties understand that the Court requires lead counsel for each
9  represented party to be present at the Initial Case Management Conference; and
10 WHEREAS lead counsel for Cepia, Jeffrey R. Chanin, is also lead counsel in a trial set to
11 begin on February 21, 2012, in *United States v. McKesson Corp. et al.*, Case No. 2:08cv0214-
12 SA-JMV, in the Northern District of Mississippi (*See* Decl. of Jeffrey R. Chanin in Support of
13 Stipulation and Joint Request to Continue CMC, ¶¶ 2, 4); and
14 WHEREAS the *U.S. v. McKesson* trial is scheduled to last approximately four weeks, and
15 Mr. Chanin will be in Mississippi for the entire duration of that period (*Id.* ¶ 4.); and
16 WHEREAS Mr. Chanin expects to be back in San Francisco during the week of
17 March 26-30.  (*Id.* ¶ 5); and
18 WHEREAS Mr. Chanin will then be taking a long-scheduled family trip to the
19 Philippines from April 1 through April 17 (*Id.*); and
20 WHEREAS counsel for A-Tech and The Bean, Edwin Prather, is out of town and
21 unavailable March 28-30, 2012 (*Id.* ¶ 7);
22 WHEREAS Cepia waited until now to seek a continuance due to the possibility that the
23 *McKesson* case might be won on summary judgment or otherwise reach a pre-trial resolution, but
24 it is now clear the case is going to trial.  (*Id.* ¶ 3); and
25 WHEREAS the parties agree that the stipulated continuance should have minimal, if any,
26 effect on the schedule for this case (*Id.* ¶ 8); and
27 WHEREAS there have been seven previous modifications to the case schedule, with five
28

1
STIPULATION AND JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; AND
[PROPOSED] ORDER
Case No. CV11-01146 JSW (MEJ)

621806.01

1  of the seven initiated by the Court and the other two related to the dates for answering the

2  Complaint (*Id.* ¶¶ 9-16); and

3       WHEREAS all parties agree to the proposed continuance (Id. ¶¶ 6-7),

4       **THEREFORE**, for the foregoing reasons, the parties hereby stipulate and jointly request

5  that the initial case management conference currently scheduled for February 24, 2012 be

6  vacated and re-set for the first available date after April 17, 2012.

7       Cepia's undersigned counsel Warren Braunig hereby attests that Robert Matz, counsel for

8  Plaintiff Jason G. Heller, and Edwin Prather, counsel for Defendants A-Tech and The Bean,

9  concur in the filing of this Stipulation and Request, in accordance with General Order 45,

10  *Electronic Case Filing*, section 10(b).

Dated: February 8, 2012         KEKER & VAN NEST LLP

                                          /s/ Warren A. Braunig
                           By:    JEFFREY R. CHANIN
                                       MATTHEW WERDEGAR
                                       WARREN A. BRAUNIG

Attorneys for Defendant CEPIA, L.L.C.

Dated: February 8, 2012         THE LAW OFFICE OF ROBERT C. MATZ LLP

                                          /s/ Robert C. Matz
                           By:    ROBERT C. MATZ

Attorney for Plaintiff JASON G. HELLER

Dated: February 8, 2012         THE LAW OFFICE OF EDWIN K. PRATHER

                                          /s/ Edwin K. Prather
                           By:    EDWIN K. PRATHER

Attorney for Defendants A-TECH PRODUCT ENGINEERING COMPANY LIMITED and THE BEAN PROJECT COMPANY LIMITED

2

JOINT STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER
Case No. CV11-01146 JSW (MEJ)

621806.01

**[PROPOSED] ORDER**

Pursuant to stipulation, and for good cause shown, IT IS HEREBY ORDERED that the Case Management Conference originally scheduled for Friday, February 24, 2012 at 1:30 p.m. shall be continued to April 20, 2012, at 1:30 a.m. / p.m.

**IT IS SO ORDERED.**

Dated: February 9, 2012

_____
The Honorable Jeffrey S. White
United States District Judge

3
JOINT STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER
Case No. CV11-01146 JSW (MEJ)

621806.01