KEKER & VAN NEST LLP
JEFFREY R. CHANIN, #103649
jchanin@kvn.com
MATTHEW WERDEGAR, #200470
mwerdegar@kvn.com
WARREN A. BRAUNIG, #243884
wbraunig@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Defendant CEPIA, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON G. HELLER, an individual and sole proprietor doing business as Floating Lightbulb Toys,<br><br>           Plaintiff,<br><br>     v.<br><br>CEPIA, L.L.C., a Missouri Limited Liability Company; A-TECH PRODUCT ENGINEERING COMPANY, LIMITED, a Hong Kong Limited Liability Company; THE BEAN PROJECT COMPANY LIMITED, a Hong Kong Limited Liability Company; YING LEUNG INTERNATIONAL LIMITED, Hong Kong Limited Liability Company,<br><br>           Defendants. | Case No. CV11-01146 JSW (MEJ)<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER**<br><br>Judge:      Hon. Jeffrey S. White<br><br>Date Comp. Filed:   March 10, 2011<br>Trial Date:     TBD |

STIPULATION AND JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER
Case No. CV11-01146 JSW (MEJ)

621806.01

1    Pursuant to N.D. Cal. Civil Local Rule 6-2 and Rule 7-12, Plaintiff Jason G. Heller,
2 Defendant Cepia L.L.C. ("Cepia"), Defendant A-Tech Product Engineering Company ("A-
3 Tech") and Defendant The Bean Project Company Limited ("The Bean"), by and through
4 counsel, hereby stipulate and jointly request a continuance of the Case Management Conference
5 scheduled for February 24, 2012, at 1:30 p.m.
6    WHEREAS the Initial Case Management Conference in this matter is currently set for
7 February 24, 2012, at 1:30 p.m. (Dkt. # 71); and
8    WHEREAS the parties understand that the Court requires lead counsel for each
9 represented party to be present at the Initial Case Management Conference; and
10    WHEREAS lead counsel for Cepia, Jeffrey R. Chanin, is also lead counsel in a trial set to
11 begin on February 21, 2012, in *United States v. McKesson Corp. et al.*, Case No. 2:08cv0214-
12 SA-JMV, in the Northern District of Mississippi (*See* Decl. of Jeffrey R. Chanin in Support of
13 Stipulation and Joint Request to Continue CMC, ¶¶ 2, 4); and
14    WHEREAS the *U.S. v. McKesson* trial is scheduled to last approximately four weeks, and
15 Mr. Chanin will be in Mississippi for the entire duration of that period (*Id.* ¶ 4.); and
16    WHEREAS Mr. Chanin expects to be back in San Francisco during the week of
17 March 26-30. (*Id.* ¶ 5); and
18    WHEREAS Mr. Chanin will then be taking a long-scheduled family trip to the
19 Philippines from April 1 through April 17 (*Id.*); and
20    WHEREAS counsel for A-Tech and The Bean, Edwin Prather, is out of town and
21 unavailable March 28-30, 2012 (*Id.* ¶ 7);
22    WHEREAS Cepia waited until now to seek a continuance due to the possibility that the
23 *McKesson* case might be won on summary judgment or otherwise reach a pre-trial resolution, but
24 it is now clear the case is going to trial. (*Id.* ¶ 3); and
25    WHEREAS the parties agree that the stipulated continuance should have minimal, if any,
26 effect on the schedule for this case (*Id.* ¶ 8); and
27    WHEREAS there have been seven previous modifications to the case schedule, with five
28

1
STIPULATION AND JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; AND
[PROPOSED] ORDER
Case No. CV11-01146 JSW (MEJ)

621806.01

of the seven initiated by the Court and the other two related to the dates for answering the Complaint (*Id.* ¶¶ 9-16); and

WHEREAS all parties agree to the proposed continuance (Id. ¶¶ 6-7),

**THEREFORE**, for the foregoing reasons, the parties hereby stipulate and jointly request that the initial case management conference currently scheduled for February 24, 2012 be vacated and re-set for the first available date after April 17, 2012.

Cepia's undersigned counsel Warren Braunig hereby attests that Robert Matz, counsel for Plaintiff Jason G. Heller, and Edwin Prather, counsel for Defendants A-Tech and The Bean, concur in the filing of this Stipulation and Request, in accordance with General Order 45, *Electronic Case Filing*, section 10(b).

Dated: February 8, 2012                KEKER & VAN NEST LLP

                                       /s/ Warren A. Braunig
                                   By: JEFFREY R. CHANIN
                                       MATTHEW WERDEGAR
                                       WARREN A. BRAUNIG

                                       Attorneys for Defendant CEPIA, L.L.C.

Dated: February 8, 2012                THE LAW OFFICE OF ROBERT C. MATZ LLP

                                       /s/ Robert C. Matz
                                   By: ROBERT C. MATZ

                                       Attorney for Plaintiff JASON G. HELLER

Dated: February 8, 2012                THE LAW OFFICE OF EDWIN K. PRATHER

                                       /s/ Edwin K. Prather
                                   By: EDWIN K. PRATHER

                                       Attorney for Defendants A-TECH PRODUCT ENGINEERING COMPANY LIMITED and THE BEAN PROJECT COMPANY LIMITED

---

2
JOINT STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER
Case No. CV11-01146 JSW (MEJ)

621806.01

1  **[PROPOSED] ORDER**

2

3  Pursuant to stipulation, and for good cause shown, IT IS HEREBY ORDERED that the

4  Case Management Conference originally scheduled for Friday, February 24, 2012 at 1:30 p.m.

   shall be continued to ___April 20, 2012_____, at __1:30_____ a.m. / p.m.

5

6  **IT IS SO ORDERED.**

7  Dated: February 9, 2012

8

9  _____
   The Honorable Jeffrey S. White
10  United States District Judge

---

3

JOINT STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER
Case No. CV11-01146 JSW (MEJ)

621806.01