Robert C. Matz (California State Bar No. 217822)
THE LAW OFFICE OF ROBERT C. MATZ
1151 Harbor Bay Parkway, Suite 112
Alameda, California 94502
Telephone: (510) 865-1150
E-mail: rcmatz@rcmatzlaw.com

Attorney for Plaintiff Jason G. Heller

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JASON G. HELLER, an individual and sole proprietor doing business as Floating Lightbulb Toys,

Plaintiff,

v.

CEPIA, L.L.C., a Missouri Limited Liability Company; A-TECH PRODUCT ENGINEERING COMPANY, LIMITED, a Hong Kong Limited Liability Company, THE BEAN PROJECT COMPANY LIMITED, a Hong Kong Limited Liability Company; YING LEUNG INTERNATIONAL LIMITED, a Hong Kong Limited Liability Company;

Defendants.

CASE NO. CV-11-01146 JSW

**~~[PROPOSED]~~ ORDER DISMISSING, WITHOUT PREJUDICE, PLAINTIFF JASON G. HELLER'S COMPLAINT AGAINST DEFENDANT YING LEUNG INTERNATIONAL LIMITED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Dept.: Courtroom 11, 19th Floor

Judge: The Honorable Jeffrey S. White

Date Complaint Filed: March 10, 2011

Trial Date: To Be Determined

THE LAW OFFICE OF ROBERT C. MATZ
1151 HARBOR BAY PARKWAY, SUITE 112
ALAMEDA, CA 94502
(510)865-1150
RCMATZ@RCMATZLAW.COM

Case3:11-cv-01146-JSW Document16-1 Filed03/29/12 Page2 of 2

THE LAW OFFICE OF ROBERT C. MATZ
1151 HARBOR BAY PARKWAY, SUITE 112
ALAMEDA, CA 94502
(510) 865-1150
RCMATZ@RCMATZLAW.COM

Having reviewed Plaintiff Jason G. Heller's ("Mr. Heller") Notice of Dismissal Without Prejudice as to Defendant Ying Leung International Limited Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and as Defendant Ying Leung International Limited ("Ying Leung") has not filed an answer or otherwise appeared in this action, and good cause appearing therefor, the COURT HEREBY ORDERS AS FOLLOWS:

1. Mr. Heller's Complaint against Ying Leung is DISMISSED in its entirety WITHOUT PREJUDICE.

Pursuant to Mr. Heller's Notice of Dismissal, and Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS SO ORDERED.**

Dated: March 29, 2012

HONORABLE JEFFREY S. WHITE
UNITES STATES DISTRICT JUDGE

CASE NO. CV-11-01146 JSW 1 ~~[PROPOSED]~~ ORDER RE NOTICE OF DISMISSAL OF YING LEUNG WITHOUT PREJUDICE