Robert C. Matz (California State Bar No. 217822)
THE LAW OFFICE OF ROBERT C. MATZ
1151 Harbor Bay Parkway, Suite 112
Alameda, California 94502
Telephone: (510) 865-1150
E-mail: rcmatz@rcmatzlaw.com

Attorney for Plaintiff Jason G. Heller

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON G. HELLER, an individual and sole proprietor doing business as Floating Lightbulb Toys,<br><br>Plaintiff,<br><br>v.<br><br>CEPIA, L.L.C., a Missouri Limited Liability Company; A-TECH PRODUCT ENGINEERING COMPANY, LIMITED, a Hong Kong Limited Liability Company, THE BEAN PROJECT COMPANY LIMITED, a Hong Kong Limited Liability Company; YING LEUNG INTERNATIONAL LIMITED, a Hong Kong Limited Liability Company;<br><br>Defendants. | CASE NO.   CV-11-01146 JSW<br><br>**[~~PROPOSED~~] ORDER DISMISSING, WITHOUT PREJUDICE, PLAINTIFF JASON G. HELLER'S COMPLAINT AGAINST DEFENDANT YING LEUNG INTERNATIONAL LIMITED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Dept.: Courtroom 11, 19th Floor<br><br>Judge: The Honorable Jeffrey S. White<br><br>Date Complaint Filed:  March 10, 2011<br><br>Trial Date: To Be Determined |

THE LAW OFFICE OF ROBERT C. MATZ
1151 HARBOR BAY PARKWAY, SUITE 112
ALAMEDA, CA  94502
(510)865-1150
RCMATZ@RCMATZLAW.COM

Having reviewed Plaintiff Jason G. Heller's ("Mr. Heller") Notice of Dismissal Without

Prejudice as to Defendant Ying Leung International Limited Pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(i), and as Defendant Ying Leung International Limited ("Ying Leung")

has not filed an answer or otherwise appeared in this action, and good cause appearing therefor,

the COURT HEREBY ORDERS AS FOLLOWS:

1.      Mr. Heller's Complaint against Ying Leung is DISMISSED in its entirety

WITHOUT PREJUDICE.

Pursuant to Mr. Heller's Notice of Dismissal, and Federal Rule of Civil Procedure

41(a)(1)(A)(i), **IT IS SO ORDERED.**

Dated:   March 29, 2012

_____
HONORABLE JEFFREY S. WHITE
UNITES STATES DISTRICT JUDGE

THE LAW OFFICE OF ROBERT C. MATZ
1151 HARBOR BAY PARKWAY, SUITE 112
ALAMEDA, CA 94502
(510) 865-1150
RCMATZ@RCMATZLAW.COM

CASE NO.   CV-11-01146 JSW                    1

[PROPOSED] ORDER RE NOTICE
OF DISMISSAL OF YING LEUNG
WITHOUT PREJUDICE