Robert C. Matz (California State Bar No. 217822)
THE LAW OFFICE OF ROBERT C. MATZ
1151 Harbor Bay Parkway, Suite 112
Alameda, California 94502
Telephone: (510) 865-1150
E-mail: rcmatz@rcmatzlaw.com

Attorney for Plaintiff Jason G. Heller

Edwin K. Prather (California State Bar. No. 190536)
Sybil L. Renick (California State Bar No. 213149)
LAW OFFICES OF EDWIN PRATHER
461 Bush Street, Suite 350
San Francisco, CA 94108
Telephone: (415) 881-7774
E-mail: edwin@pratherlawoffices.com

Attorneys for Defendants A-Tech Product Engineering Company, Limited
and The Bean Project Company Limited

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON G. HELLER, an individual and sole proprietor doing business as Floating Lightbulb Toys,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CEPIA, L.L.C., a Missouri Limited Liability Company; A-TECH PRODUCT ENGINEERING COMPANY, LIMITED, a Hong Kong Limited Liability Company, THE BEAN PROJECT COMPANY LIMITED, a Hong Kong Limited Liability Company; YING LEUNG INTERNATIONAL LIMITED, a Hong Kong Limited Liability Company;<br><br>　　　　　Defendants. | CASE NO.  CV-11-01146 JSW<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(2)**<br><br>Dept.: Courtroom 11, 19th Floor<br><br>Judge: The Honorable Jeffrey S. White<br><br>Date Complaint Filed: March 10, 2011<br><br>Trial Date: To Be Determined |

CASE NO.  CV-11-01146 JSW

[PROPOSED] ORDER GRANTING REQUEST FOR ORDER OF DISMISSAL WITH  PREJUDICE

Having reviewed the Stipulation and Request for Order of Dismissal With Prejudice filed by Plaintiff Jason G. Heller ("Mr. Heller") and Defendants Defendants A-Tech Product Engineering Company, Limited ("A-Tech") and The Bean Project Company Limited ("The Bean") (collectively "the Parties"), and good cause appearing, pursuant to Federal Rule of Civil Procedure Rule 41(a)(2), this Court hereby ORDERS as follows:

1. The Parties' request for an order dismissing Mr. Heller's Complaint against A-Tech and The Bean is GRANTED.

2. Mr. Heller's Complaint against A-Tech and The Bean is DISMISSED in its entirety WITH PREJUDICE.

3. The Parties shall each bear their own attorneys' fees and costs incurred in connection with this action.

Pursuant to the stipulation of the Parties, **IT IS SO ORDERED.**

Dated: March 29, 2012

*Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
UNITES STATES DISTRICT JUDGE

CASE NO.   CV-11-01146 JSW            1            [PROPOSED] ORDER GRANTING REQUEST FOR ORDER OF DISMISSAL WITH PREJUDICE