ROBERT C. MATZ
rcmatz@rcmatzlaw.com
THE LAW OFFICE OF ROBERT C. MATZ
1151 Harbor Bay Parkway, Suite 112
Alameda, CA 94502
Telephone: (510) 865-1150

Attorney for Plaintiff
JASON G. HELLER

KEKER & VAN NEST LLP
JEFFREY R. CHANIN - # 103649
jchanin@kvn.com
MATTHEW WERDEGAR - # 200470
mwerdegar@kvn.com
WARREN A. BRAUNIG - # 243884
wbraunig@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
CEPIA, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON G. HELLER, an individual and sole proprietor doing business as Floating Lightbulb Toys,<br><br>Plaintiff,<br><br>v.<br><br>CEPIA, L.L.C., a Missouri Limited Liability Company; A-TECH PRODUCTS ENGINEERING COMPANY, LIMITED, a Hong Kong Limited Liability Company; THE BEAN PROJECT COMPANY LIMITED, a Hong Kong Limited Company; YING LEUNG INTERNATIONAL LIMITED, Hong Kong Limited Liability Company,<br><br>Defendants. | Case No. CV11-01146 JSW (MEJ)<br><br>[PROPOSED] ORDER DISMISSING PLAINTIFF JASON G. HELLER'S COMPLAINT AGAINST DEFENDANT CEPIA L.L.C. WITH PREJUDICE<br><br>Judge: Hon. Jeffrey S. White<br><br>Date Filed: March 10, 2011<br><br>Trial Date: TBD |

636600.01

639593.01

Having reviewed the Stipulation and Request for Order of Dismissal With Prejudice filed by Plaintiff Jason G. Heller ("Mr. Heller") and Defendant Cepia, L.L.C. ("Cepia") (collectively "the Parties"), and good cause appearing, pursuant to Federal Rule of Civil Procedure Rule 41(a)(2), this Court hereby ORDERS as follows:

1. The Parties' request for an order dismissing Mr. Heller's Complaint against Cepia is GRANTED.

2. Mr. Heller's Complaint against Cepia is DISMISSED in its entirety WITH PREJUDICE.

3. This Court shall retain jurisdiction over the Parties and Mr. Heller's counsel, Robert C. Matz, for the limited purposes of enforcing, vacating, or modifying, as appropriate, the sanctions imposed on Mr. Matz in the Court's January 4, 2012 Order Regarding Cross Motions for Sanctions and Motions to Dismiss (D.E. # 83) upon resolution of Mr. Matz's appeal of that Order and consistent with any opinion, order or other directive issued by the United States Court of Appeals for the Ninth Circuit therewith, and/or hearing any subsequent applications or other filings made by Mr. Matz in this Court for the purpose of informing the Court of his financial situation/ability to pay any sanction upheld by the Court of Appeals.

4. The Parties shall each bear their own attorneys' fees and costs incurred in connection with this action.

Pursuant to the stipulation of the Parties, **IT IS SO ORDERED.**

Dated: March 29, 2012

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER DISMISSING MR. HELLER'S COMPLAINT
AGAINST CEPIA L.L.C. WITH PREJUDICE
Case No. CV11-01146 JSW (MEJ)

636600.01
639593.01